IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WINIKOFF, an individual, and BRANDEE WINIKOFF, an individual<br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES 1 through 30,<br><br>Defendants. | No. C 18-03892 WHA<br><br>**ORDER STAYING CASE PENDING RESOLUTION OF CONSTRUCTION DEFECT LAWSUIT** |

The Court has reviewed the parties' joint motion to stay and concludes that such a stay is warranted to prevent concurrent litigation of substantially similar claims (Dkt. No. 13).

Accordingly, this order hereby **STAYS** the above-captioned action in its entirety pending resolution of the construction defect lawsuit filed in the Superior Court of California, County of Alameda. The parties shall file a joint status report on the progress of the aforementioned state court proceeding by **DECEMBER 27 AT NOON**. The initial case management conference set for November 1 is hereby **VACATED** and is reset for **APRIL 18, 2019, AT 11:00 A.M.** in Courtroom No. 12.

**IT IS SO ORDERED.**

Dated: October 17, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE